IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01835-BNB

WILLIAM MAUNZ,
    Plaintiff,

v.

[NO DEFENDANT NAMED],
    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 14 2010

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Plaintiff, William Maunz, initiated this action by filing *pro se* a letter to the Court in which he alleged that he had been assaulted by two police officers. In an order filed on August 3, 2010, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Mr. Maunz to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland directed Mr. Maunz to file a Prisoner Complaint and either to pay the filing fee or to file a properly supported motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Mr. Maunz was warned that the action would be dismissed without further notice if he failed to cure these deficiencies within thirty days. On August 27, 2010, Magistrate Judge Boland entered a minute order granting Mr. Maunz an extension of time until October 4, 2010 to cure the deficiencies in this action.

Mr. Maunz has failed to cure the deficiencies within the time allowed. Therefore, the action will be dismissed without prejudice for failure to cure the deficiencies. Accordingly, it is

ORDERED that the action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Plaintiff failed to cure the deficiencies as directed.

DATED at Denver, Colorado, this __14th__ day of __October__, 2010.

BY THE COURT:

_s/Philip A. Brimmer_
PHILIP A. BRIMMER
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-1835-BNB

William Maunz
Prisoner No. 457517
Denver County Jail
PO Box 1108
Denver, CO 80201

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 10/14/10

GREGORY C. LANGHAM, CLERK

By: _____
          Deputy Clerk