IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01835-ZLW

WILLIAM MAUNZ,

    Plaintiff,

v.

[NO DEFENDANT NAMED],

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA LEESON WEINSHIENK

    Plaintiff's motion seeking leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 (docket #5) filed on October 14, 2010, is DENIED because this action was dismissed by order filed on October 14, 2010. Plaintiff's motion to reconsider (docket #6) filed on October 14, 2010, is DENIED because it is not clear what Plaintiff is asking the Court to reconsider.

Dated: October 15, 2010