IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01835-ZLW

WILLIAM MAUNZ,

    Plaintiff,

v.

[NO DEFENDANT NAMED],

    Defendant.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE ZITA LEESON WEINSHIENK

    Plaintiff's motion to reconsider filed on October 19, 2010, (docket #11), which does not specify what order Plaintiff is asking the Court to reconsider or why, is DENIED.

Dated: October 20, 2010